# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| IN RE: **SIMONE GOSS**, | CASE NO. 20-30365-JPS |
| DEBTOR. | CHAPTER 13 |
| **SIMONE GOSS**, | |
| PLAINTIFF, | |
| v. | ADVERSARY PROCEEDING NO. |
| **RECOVERY OF JUDGDMENT** and **VOX FUNDING LLC**, | 22-03008 |
| DEFENDANTS. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

COMES NOW the above-named Plaintiff, by and through the undersigned counsel, and hereby gives notice of the voluntary dismissal of all claims in the above-styled action against all Defendants <u>with prejudice</u>. The parties shall bear their own costs and attorney's fees.

Dated: October 5, 2022.

Respectfully submitted,

Honsalek Law, LLC  
414 Pine Grove Ave., 2nd Floor  
Grayson, GA 30017  
Phone: 404-913-6992  
Email: brandon@honsalek.com

/s/ Brandon K. Honsalek  
Brandon K. Honsalek  
Georgia Bar No. 742962  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the following parties have been served with the NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i). Those not served by electronic means by the Court's electronic filing system have been served by U.S. Mail, properly addressed and with sufficient postage to ensure delivery.

Recovery of Judgment
Nicholas Benedetto, General Counsel
1407 Broadway, 29th Fl
New York, NY 10018


Vox Funding, LLC
Stellar Corporate Services LLC, Registered Agent
3500 South Dupont Highway
Dover, DE 19901


Dated: October 5, 2022

| | |
|---|---|
| Honsalek Law, LLC | /s/ Brandon K. Honsalek |
| 414 Pine Grove Ave., 2nd Floor | Brandon K. Honsalek |
| Grayson, GA 30017 | Georgia Bar No. 742962 |
| Phone: 404-913-6992 | *Attorney for Plaintiff* |
| Email: brandon@honsalek.com | |